etc., of Francis P. Freeman, Deceased, Appellant, and Henrietta Putnam and Others, Defendants.— Judgment so far as appealed from affirmed, with costs. No opinion.

Mark H. Eisner, Appellant, v. Pringle Memorial Home, Respondent.— Judgment affirmed, with costs. No opinion.

Olive Herbert, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.

Algernon S. Norton, as Committee of the Estate of Mary Metzger, an Incompetent Person, Respondent, v. Joseph Metzger, Impleaded with Louisa Renz and Adam Renz, Jr., Appellants.— Judgment affirmed, with costs. No opinion.

Four Corners Realty Company of Staten Island, Appellant, v. Catharine Breen, Individually and as Administratrix, etc., of Michael Breen, Deceased, Respondent.— Judgment affirmed, with costs. No opinion.

Henry Speitel, Respondent, v. Thompson-Starrett Company, Impleaded with M. W. Kellogg Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William J. Urchs, Respondent, v. New Amsterdam Casualty Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Julia C. Kettle, Appellant, v. Duncan B. Cooper and Others, Impleaded with Trust Company of America, Respondent.— Judgment affirmed, with costs. No opinion.

John F. Cogan and Others, Respondents, v. William F. Donnelly and Others, Appellants.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Elizabeth C. Williams, Relator, v. Herman Robinson, as Commissioner of Licenses of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

New York Produce Exchange Bank, Respondent, v. Twelfth Ward Bank of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Dowling, J., dissented.

Annie S. Ulrich, Respondent, v. Brooklyn Union Elevated Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of Robert Kuehnert, an Attorney.— Reference ordered before the official referee. Order to be settled on notice.

William Randolph Hearst, Respondent, v. Herman Ridder, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs in this court and in the court below. No opinion.

William Randolph Hearst, Respondent, v. New Yorker Staats-Zeitung, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend answer on payment of costs in this court and in the court below. No opinion.

Louise Emilie Monnot and Others, Respondents, v. Josephine F. B. Murphy, Appellant, Impleaded with Joseph C. Schrader and Daniel S. Doran.— Judgment affirmed, with costs, on authority of Monnot v. Rudd (139 App. Div. 651). Ingraham, P. J., dissenting upon dissenting opinion in Monnot v. Rudd (139 App. Div. 656).